IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

          Plaintiff,

                            CRIMINAL NO.   15-CR-30068-DRH

vs.

KEVIN WALKER,

          Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On May 5, 2015, this court entered an order for forfeiture against defendant Kevin Walker for the following property which had been seized from the defendant:

**One   Bryco Arms, Model J25, .25 caliber pistol, bearing serial number 1198451;and**

**One Henry Repeating Rifle Co., Model H001 Lever Action, .22 caliber rifle, bearing serial number 410700H; and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 4, 2016, and ending April 2, 2016, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that

no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on May 5, 2015, namely:

> **One Bryco Arms, Model J25, .25 caliber pistol, bearing serial number 1198451; and**
>
> **One Henry Repeating Rifle Co., Model H001 Lever Action, .22 caliber rifle, bearing serial number 410700H; and any and all ammunition contained therein.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**Signed this 15th day of June, 2016.**

Digitally signed by Judge David R. Herndon
Date: 2016.06.15 16:56:28 -05'00'

United States District Judge